| | |
|---|---|
| 1 | William A. Delgado (SBN 222666) |
| 2 | wdelgado@dtolaw.com<br>DTO LAW |
| 3 | 915 Wilshire Boulevard, Suite 1950 |
| 4 | Los Angeles, California 90017<br>Telephone: (213) 335-6999 |
| 5 | Facsimile: (213) 335-7802 |
| 6 | |
| 7 | Attorneys for Defendant<br>LINENS AND HUTCH, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARINE SCHULMAN, individually and on behalf of all others similarly situated,, <br><br>Plaintiff,<br><br>v.<br><br>LINENS AND HUTCH, LLC,<br><br>Defendant. | Case No. 2:24-cv-10770-SPG<br>Hon. Hon. Sherilyn Peace Garnett<br><br>**NOTICE OF SETTLEMENT** |

1003807.1

NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    This matter has been settled in principle, and the parties are in the process of complying with the terms of the written settlement agreement between them. The parties anticipate a dismissal with prejudice shall be filed by the end of the week.

Dated: February 10, 2025        DTO LAW

                                      By: */s/ William A. Delgado*
                                            William A. Delgado

                                            Attorneys for Defendant
                                            LINENS AND HUTCH, LLC